■ In the Matter of W. MICHAEL BURKE, an Attorney, Respondent. Committee on Professional Standards, Third Judicial Department, Petitioner. [609 NYS2d 872] —Motion by petitioner for order suspending respondent from the practice of law indefinitely due to his incapacity to continue to practice law (22 NYCRR 806.10 [a]) granted, and respondent suspended immediately and until further order of this Court.

Mikoll, P. J., Mercure, Crew III, and White, JJ., concur.